IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT E. WOODWARD                                                          PLAINTIFF
ADC #166447

v.                        No: 5:19-cv-00019 JM-PSH

JAMES GIBSON, *et al.*                                                      DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice.

DATED this 22nd day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE